**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MYNOR RAMIREZ,<br>*Plaintiff,*<br>*v.*<br>HOME DEPOT U.S.A., INC.,<br>*Defendant.* | ORDER<br>26-CV-8812 |

**GEORGE B. DANIELS, United States District Judge:**

Plaintiff Ramirez has advised this Court that the parties have settled. (ECF No. 10.) Accordingly, the Clerk of Court is respectfully directed to **CLOSE** the motion to remand at ECF No. 7 and to **CLOSE** this case, without prejudice to any party's application to restore this action within 30 days of this Order.

**SO ORDERED.**

Dated: NOV 12 2026
New York, New York

George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE